# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| REGINALD WARE AND SHARON WARE, | § |
| *Plaintiff*, | § |
| v. | § CASE NO. 2:22-CV-00436-JRG-RSP |
| B&C CARGO, INC. AND DEWAYNE MARLOW, | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by Reginald Ware and Sharon Ware and B&C Cargo, Inc. and Dewayne Marlow. (Dkt. No. 40.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 31st day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE